TIGNOR, APPELLEE, *v.* FRANKLIN COUNTY BOARD OF COMMISSIONERS ET AL.; WHALEY, DEPUTY, APPELLANT.

[Cite as *Tignor v. Franklin Cty. Bd. of Commrs.*
(2001), 91 Ohio St.3d 205.]

(No. 00–1013—Submitted February 28, 2001—Decided March 28, 2001.)

The judgment of the court of appeals is affirmed on the authority of *Stevens v. Ackman* (2001), 91 Ohio St.3d 182, 743 N.E.2d 901.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

*Zach Zunshine,* for appellee.

*Hunter, Carnahan & Shoub, Robert.R. Byard* and *Russell E. Carnahan,* for appellant.